# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
1st Amended Plan

DEBTOR: Geraldo Rodriguez    JOINT DEBTOR: _____    CASE NO.: 14-28347-RAM
Last Four Digits of SS# 6024    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __40__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 318.44 for months 1 to 40 ; in order to pay the following creditors:

<u>Administrative:</u>    Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
                    payable $ 215 /month (Months 1 to 10)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _____ to _____)
_____    Regular Payment $ _____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None _____    Total Due $ _____
              Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____

<u>Unsecured Creditors:</u> Pay $ 71.60 /month (Months 1 to 10) and Pay $ 286.60 /month (Months 11 to 40).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
~~Attorney for the~~ Debtor        Joint Debtor
Date: 10/9/14        Date: _____

LF-31 (rev. 01/08/10)